## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| VICTOR LYNN MELBERT | CRIMINAL NO. 97-20007-07 |
| --- | --- |
|  | CIVIL ACTION NO. 05-1141 |
| VS. | JUDGE MELANÇON |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE METHVIN |

### ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO §2255 AS DUPLICATIVE
*(Rec. Doc. 748)*

On June 27, 2005, petitioner Victor Lynn Melbert filed a Motion to Vacate, Set Aside or Correct Sentence Pursuant to Title 28 U.S.C. §2255.[1] The court notes that the instant motion is the third motion to vacate that Melbert has filed. The first motion was filed on January 18, 2000 and was denied on the merits August 18, 2000.[2] The second motion was filed on April 19, 2005 and was deemed second or successive by the district court and subsequently transferred to the Fifth Circuit on June 1, 2005 for a determination as to whether Melbert is authorized to file the second or successive motion in this court.[3]

In the instant motion, Melbert argues that the trial judge illegally increased his sentence based upon amounts of drugs that were attributed to him at his sentencing hearing but were not presented to the jury during his trial. Here therefore argues that he is entitled to relief under the

---

[1] Rec. Doc. 748.

[2] Rec. Doc. 593.

[3] Rec. Doc. 745.

United States Supreme Court's recent ruling in <u>United States v. Booker</u>, 543 U.S. ----, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), which he contends is retroactive to his case.

The record shows that this is the same ground for relief asserted in Melbert's motion to vacate filed on April 19, 2005, which was determined to be successive and which is currently pending in the Fifth Circuit for a determination as to whether Melbert is authorized to proceed with the motion in this court. As Melbert raises no new grounds for relief, the instant motion is duplicative. Considering the foregoing,

**IT IS HEREBY ORDERED** that petitioner's motion to vacate, set aside, or correct sentence pursuant to Title 28 U.S.C. §2255 (Rec. Doc. 748) is **DENIED AND DISMISSED** as duplicative.

Signed at Lafayette, Louisiana on June 30, 2005.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE